1  STEVEN G. KALAR
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5  Email: ellen_leonida@fd.org

6  Counsel for Defendant
   ALEXIS ADAMS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-538 YGR |
| Plaintiff, | STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| ALEXIS ADAMS, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Alexis Adams may be modified to allow her to travel to Puerto Rico to visit family, between July 15, 2013 and July 20, 2013. She will stay at 6063 Isla Verde Ave, Carolina, while in Puerto Rico. Pretrial Services Officer Tammie Boon is aware of the proposed modification and has no objection.

All other conditions of release shall remain the same.

DATED: July 10, 2013          /s/
                              ELLEN V. LEONIDA
                              Assistant Federal Public Defender


DATED: July 10, 2013          /s/
                              BRIAN LEWIS
                              Assistant United States Attorney

CR 12-538 YGR
Stip. & Prop. Order to Mod. Pretrial Rel. Cond.         1

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Alexis Adams may be modified to allow her to travel to Carolina, Puerto Rico, between July 15, 2013 and July 20, 2013. All other conditions of release shall remain the same.

IT IS SO ORDERED.

DATED: July 10, 2013

_____
DONNA M. RYU
United States Magistrate Judge