MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (CABN 412811)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
　1301 Clay Street, Suite 340-S
　Oakland, California 94612
　Telephone: (510) 637-3680
　Facsimile:  (510) 637-3724
　E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEXIS ISABELL ADAMS,<br><br>　　　　Defendant. | No. CR 12-0538-01 YGR<br><br>**AMENDED [PROPOSED] ORDER TO CONTINUE JULY 25, 2013 HEARING AND EXCLUDE TIME** |

　　　The parties are scheduled to appear before this Court on July 25, 2013, for a status conference on the parties' referral of Ms. Adams to Pretrial Services for acceptance into its pretrial diversion program.  The government submitted an application letter, along with discovery, to Pretrial Services, and Pretrial Services interviewed Ms. Adams to evaluate her acceptance into the pretrial diversion program.  Pretrial Services has now completed its evaluation and found Ms. Adams to be a suitable candidate for the pretrial diversion program.  Upon execution of the diversion agreement, Ms. Adams will have a diversion term of 12 months.  If Ms. Adams successfully completes diversion, the government will dismiss the indictment pending against her.  Accordingly, with the agreement of counsel for the parties and the defendant, the Court now finds and holds as follows:

ORDER CONTINUING HR'G AND EXCLUDING TIME
CR 12-0538-01 YGR

1. The status conference scheduled for July 25, 2013, at 9:30 a.m. is hereby RESCHEDULED to July 24, 2014, at 2:00 p.m.

2. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from the submission of the original stipulation and proposed order on July 15, 2013, to the proposed rescheduled hearing date July 24, 2014.  The government produced discovery previously, and now the defendant has entered the pretrial diversion program with a term of diversion lasting 12 months.  Accordingly, the defendant's prosecution is currently being deferred for the purpose of allowing the defendant to demonstrate good conduct.  In addition, an exclusion was necessary for effective preparation of defense counsel.

3. Accordingly, with the consent of the below-listed defendants, the Court now orders that the period from the submission of the original stipulation and proposed order on July 15, 2013, to the proposed rescheduled hearing date July 24, 2014, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(2) and (h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: July 16, 2013                             /s/
                                               ELLEN LEONIDA
                                               Counsel for Alexis Isabell Adams

DATED: July 16, 2013                             /s/
                                               BRIAN C. LEWIS
                                               Assistant United States Attorney

IT IS SO ORDERED.

DATED: July 22, 2013
                                               YVONNE GONZALEZ ROGERS
                                               United States District Judge

ORDER CONTINUING HR'G AND EXCLUDING TIME
CR 12-0538-01 YGR                        -2-