1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  BRIAN C. LEWIS (DCBN 476851)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        Facsimile:  (510) 637-3724
7       E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America

9                          UNITED STATES DISTRICT COURT
10                        NORTHERN DISTRICT OF CALIFORNIA
11                                  OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,         )   NO. 12-0538-01 YGR
                                     )
14        Plaintiff,                 )   NOTICE OF DISMISSAL AND ORDER
                                     )
15    v.                             )
                                     )
16 ALEXIS ISABELL ADAMS,             )
                                     )
17        Defendants.                )
                                     )
18 _____  )

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20 States Attorney for the Northern District of California dismisses the above indictment without prejudice

21 and moves to vacate the July 24, 2014 status hearing.

22

23 DATED:                                 Respectfully submitted,

24                                        MELINDA HAAG
                                          United States Attorney
25
                                          */s/ Thomas E. Stevens*
26
                                          THOMAS E. STEVENS
27                                        Chief, Oakland Branch

28


NOTICE OF DISMISSAL (CR 12-0538 YGR)

1    Leave is granted to the government to dismiss the indictment, and the July 24, 2014 status
2  hearing is vacated.

5  DATED: July 21, 2014

                                                                _____
                                                                YVONNE GONZALEZ ROGERS
                                                                United States District Judge

NOTICE OF DISMISSAL (CR 12-0538 YGR)